# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Lopez, Bianca | Docket No. | 0980 4:19CR06069-005 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bianca Lopez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 10th day of December, 2019 under the following conditions:

**Special Condition #4:** Defendant shall participate in a program of GPS confinement. Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. Defendant shall be restricted to her approved residence every day from 9 p.m. to 6 a.m., except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer, including but not limited to employment, religious services, medical necessities.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Bianca Lopez is considered to be in violation of her conditions of release by not returning to her residence by 9 p.m. on March 3, 2020.

The defendant released from confinement on December 10, 2019, and was directed to report to the United States Pretrial Services office on December 11, 2019, to be placed on GPS confinement with a curfew from 9 p.m. to 6 a.m. Her conditions of release were reviewed with her, to which she signed acknowledging an understanding of her conditions, specifically special condition number 4, as noted above.

On March 3, 2020, U.S. Pretrial Services was notified that the defendant did not return to her residence at 9 p.m. The notification was received at 9:37 p.m. The location monitoring specialist received the alert and contacted the defendant. The defendant reported she sent a text message to the supervising officer requesting permission to stay out past her curfew with her family at a restaurant. Defendant was instructed to return home as no permission from her supervising officer was provided to her to remain out past her curfew. Defendant returned home at 9:51 p.m.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Executed on:     March 4, 2020 |
| by | s/Daniel M. Manning |
| | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ X ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

3/4/2020
Date