FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 23, 2020
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BIANCA LOPEZ,

Defendant.

No. 4:19-CR-06069-SMJ-5

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE

**ECF Nos. 162, 163**

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 162) and Motion to Expedite (ECF No. 163). Defendant represents that neither the United States, nor the United States Probation/Pretrial Services Office oppose the motion.

Specifically, Defendant requests that the Court modify Special Condition No. 4,[1] which requires Defendant to participate in a program of GPS

[1] The Court notes the relevant condition is misnumbered as Special Condition No. 1 in the setting Defendant's release conditions (ECF No. 73 at 7).

confinement and imposes a curfew (ECF No. 73). For the reasons set forth in the Motion;

**IT IS HEREBY ORDERED:**

1. The Motion to Expedite (**ECF No. 163**) is **GRANTED**.
2. The Motion to Modify Conditions of Release (**ECF No. 162**) is **GRANTED**.
3. Special Condition No. 4 (**ECF No. 73 at 7**), requiring GPS confinement and imposing a curfew shall be **STRICKEN.**
4. All other conditions of release shall remain in effect.

DATED March 23, 2020.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE