# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lopez, Bianca | Docket No. | 0980 4:19CR06069-EFS-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Valencia, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Bianca Lopez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 10th day of December 2019, under the following conditions:

**Standard Condition#1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 11, 2019, Ms. Lopez reported to the probation office and the conditions of supervision for her pretrial supervision were reviewed with Ms. Lopez. She signed a copy of her conditions and by doing so, she acknowledged and understanding all of her conditions of pretrial supervision. She was also provided a copy of the signed document.

**Violation#1:** Ms. Lopez is considered to be in violation of her pretrial release conditions by being charged with destruction of property, domestic violence, on or about August 20, 2023.

According to the West Richland Police Department reports, on August 20, 2023, West Richland police responded at approximately 00:30 hours for a malicious mischief incident that had occurred at 485 South 38th Avenue, Apartment C109, in West Richland, Washington. The reporting party, E.H., stated his ex-girlfriend, Bianca Lopez, came to his apartment banging on the door and knocking on the window several times. E.H. reported, Ms. Lopez was banging on the door so hard it caused the door frame to crack. Video surveillance was received showing Ms. Lopez arriving to the apartment, knocking on E.H.'s front door several times, hitting the door three times with her right shoulder, and attempting to turn the doorknob. Video surveillance further showed Ms. Lopez arrive and leave in her red Ford Escape with Washington license plate number BNZ7310. Officer Cervantes noted the damage done to E.H.'s front door was consistent with someone trying to force entry.

On September 6, 2023, a charge was formally filed on Ms. Lopez for one count of destruction of property domestic violence through the Benton County District Court, case number 3A0666970.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    September 18, 2023 |
| by | s/Jose Valencia |
|  | Jose Valencia<br>U.S. Pretrial Services Officer |

**PS-8**

**Re: Lopez, Bianca**
**September 18, 2023**
**Page 2**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]    Other


_Edward F. Shea_
_____

Signature of Judicial Officer

September 18, 2023
_____

Date